LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
3175 Route 10 East, Suite 300C, Denville, NJ 07834
Denville, New Jersey 07834
Tel:  (973) 453-2838
Fax:(973) 453-2869
*Attorneys for Debtors*
Scott J. Goldstein, Esq. (SG1837)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| In Re: | **Case No. 14-20706** |
|---|---|
| Sebastiano, Vincent; Sebastiano, Nicole | Chapter 7 |
| Chapter 7 Debtors. | Hon. Novalyn L. Winfield |
| | **NOTICE OF MOTION** |

To:

| Donald Biase<br>Chapter 7 Trustee<br>225 Millburn Ave., Suite 207<br>Millburn, NJ 07041 | Sebastiano, Vincent<br>3 Mill Street, 2nd Fl<br>Bloomfield, NJ 07003 | Office of the US Trustee<br>One Newark Center<br>1085 Raymond Boulevard Suite 2100<br>Newark, New Jersey 07102 |
|---|---|---|
| All Creditors on the Attached Service List | Scott Rever, Esq.<br>Wasserman Jurista and Stoltz<br>225 Millburn Ave<br>Millburn, NJ 07041 | Sebastiano, Nicole<br>7 Lorraine Street<br>Glen Ridge, New Jersey 07028 |

**PLEASE TAKE NOTICE** that, on the 20th day of October, 2014, at 10:00 am. or as soon thereafter as counsel may be heard, the Debtor(s), by and through the undersigned attorneys, Scott J. Goldstein and the Law Offices of Scott J. Goldstein, LLC shall move before the Honorable Novalyn L. Winfield, for the entry of an Order pursuant to 11 U.S.C. §302(b) and 11 U.S.C. §105(a) severing the bankruptcy as between the joint filers.

The debtors have filed papers with the court to request that the Court sever the case as between the joint Chapter 7 debtors.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the requested relief, or if you want the court to consider your views on the motion, within seven (7) days of the scheduled hearing , you or your attorney must:

> File with the court a written response in opposition to the motion explaining your position to:
> Clerk
> United States Bankruptcy Court
> Martin Luther King U.S. Courthouse
> 50 Walnut Street, 3rd Floor
> Newark, NJ 07102

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

> You must also mail a copy to:

| | |
|---|---|
| Scott J. Goldstein, Esq. | Donald Biase |
| Law Offices of Scott J. Goldstein, LLC | Chapter 7 Trustee |
| 3175 Route 10 East, Suite 300C, | 225 Millburn Ave., Suite 207 |
| Denville, NJ 07834 | Millburn, NJ 07041 |
| Denville, New Jersey 07834 | |

**IF YOU OPPOSE THE RELIEF REQUESTED, YOU SHOULD ATTEND THE SCHEDULED HEARING AT THE TIME AND DATE ABOVE AT:**

> United States Bankruptcy Court
> Martin Luther King U.S. Courthouse
> 50 Walnut Street
> Newark, NJ 07102

**PLEASE TAKE FURTHER NOTICE**, that Oral Argument is not requested pursuant to D.N.J. LBR 9013-1(f) unless this motion is contested.  Pursuant to D.N.J. LBR 9013-1(d) if you wish to oppose or contest the motion, you must file with the office of the Clerk of the Bankruptcy Court, responding papers stating, with particularity, the basis of your opposition to the within motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief

**PLEASE TAKE NOTICE** that, pursuant to D.N.J. LBR 9013-1(a), a proposed order setting

forth the relief requested is being filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, no brief is included as there are no novel issues of fact or law implicated by this Motion.

                                        LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC

                      By:____/s/Scott J. Goldstein_____
                              Scott J. Goldstein, Esq. (SG1837)
                              3175 Route 10 East, Bldg. A, Ste. 300C
                              Denville, New Jersey 07834
                              Phone:        (973) 453-2838
                              Facsimile:   (973) 453-2869
                              sjg@sgoldsteinlaw.com
                              Attorney for Debtors

Dated:     September 9, 2014