LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
3175 Route 10 East, Suite 300C, Denville, NJ 07834
Denville, New Jersey 07834
Tel:  (973) 453-2838
Fax:(973) 453-2869
*Attorneys for Debtors*
Scott J. Goldstein, Esq. (SG1837)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| In Re:<br><br>Sebastiano, Vincent Sebastiano, Nicole<br><br>Chapter 7 Debtors. | **Case No. 14-20706**<br><br>Chapter 7<br><br>Hon. Novalyn L. Winfield |
|---|---|

**DECLARATION OF NICOLE SEBASTIANO IN SUPPORT OF**
**MOTION TO SEVER JOINT CHAPTER 7 CASE**

**NICOLE SEBASTIANO**, of full age, hereby declares as follows under penalty of perjury

1. I am an adult resident of the State of New Jersey and a debtor in the above-captioned Chapter 7 case.

2. I am one of the debtors in this matter, and, as such, I have personal knowledge of the facts set forth in this declaration, which I make in support of this Motion to Sever the joint bankruptcy filed by myself and my husband, Vincent Sebastiano.

3. On May 27, 2014, my husband, Vincent Sebastiano, and I filed the within Chapter 7 case.

4. At the time of filing, Vincent Sebastiano and I had lived separate and apart for some time, though we have not filed any divorce proceedings in any court.

5. The Meeting of Creditors in this case was held on July 7, 2014 before Donald V. Biase, interim Chapter 7 Trustee.

6. Mr. Biase examined both myself and Vincent Sebastiano as to our assets and liabilities. At the time of the Meeting of Creditors, neither I nor Vincent Sebastiano had any interest in the estate of any decedent.

7. Shortly after the Meeting of Creditors, my mother, Sheryl Allegro, died, leaving me significant monies that, I have been advised, may become part of the Bankruptcy Estate. At this time the amounts in the estate are undetermined as the executor has yet to complete his inventory.

8. While my husband and I had some joint debt, he has significant obligations for which I am not liable.

9. I have been advised, that, while there are two separate bankruptcy estates, regardless of the severance of these joint cases, it would be cleaner and simpler to administer these estates if the cases were severed and the debts and assets allocated accordingly.

10. I therefore request that this Court sever this joint bankruptcy case and permit the separate administration of our estates.

I HEREBY DECLARE THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND INFORMATION.  I UNDERSTAND THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

Dated:   September 9, 2014                     /s/Nicole Sebastiano
                                               NICOLE SEBASTIANO