LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
3175 Route 10 East, Suite 300C, Denville, NJ 07834
Denville, New Jersey 07834
Tel:  (973) 453-2838
Fax:(973) 453-2869
*Attorneys for Debtors*
Scott J. Goldstein, Esq. (SG1837)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| In Re: <br><br> Sebastiano, Vincent Sebastiano, Nicole <br><br> Chapter 7 Debtors. | **Case No. 14-20706** <br><br> Chapter 7 <br><br> Hon. Novalyn L. Winfield |
|---|---|

**DECLARATION OF VINCENT SEBASTIANO IN SUPPORT OF**
**<u>MOTION TO SEVER CHAPTER 7 CASE</u>**

**VINCENT SEBASTIANO**, of full age, declares as follows under penalty of perjury.

1. I am an adult resident of the State of New Jersey and a debtor in the above-captioned Chapter 7 case.

2. I am one of the debtors in this matter, and, as such, I have personal knowledge of the facts set forth in this declaration, which I make in support of this Motion to Sever the joint bankruptcy filed by myself and my wife, Nicole Sebastiano.

3. On May 27, 2014, my wife, Nicole Sebastiano, and I filed the within Chapter 7 case.

4. At the time of filing, Vincent Sebastiano and I had lived separate and apart for some time, though we have not filed any divorce proceedings in any court.

5. The Meeting of Creditors in this case was held on July 7, 2014 before Donald V. Biase.

6. Mr. Biase examined my wife and I as to our assets and liabilities.

7. Prior to the filing of this case, I had several significant debts that were not joint with my wife.  Most significant among these were debts for restitution by reason of criminal conviction.

8. Shortly after the meeting of creditors, my mother-in-law. Sheryl Allegro, died, leaving my wife what may be significant assets.

9. I will not receive any portion of this inheritance.

10. I have been advised that, even though we filed jointly, there are still two bankruptcy estates, mine and my wife's, and that they can be separately administered.

11.  I have been further advised that it would be a cleaner administration of the cases if the two cases were severed and my wife and I proceeded on separate "tracks" so that my debts are dealt with appropriately, her sole debts are dealt with and our joint debts are resolved.

12. Accordingly, I am requesting that this Court sever my case from that of my wife.

I HEREBY DECLARE THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND INFORMATION.  I UNDERSTAND THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

Dated:  September 9, 2014                    /s/Vincent Sebastiano
                                             VINCENT SEBASTIANO