| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC**<br>3175 Route 10 East, Suite 300C<br>Denville, NJ 07834<br>Tel:  (973) 453-2838<br>Fax:  (973) 453-2869<br>Scott J. Goldstein(SG1837)<br>sjg@sgoldsteinlaw.com | |
| In Re:<br><br>Vincent Sebastiano and Nicole Sebastiano<br><br>Chapter 7 Debtor | Case No.: 14-20706<br><br>Adv. No.:<br><br>Hearing Date:   October 6, 2014<br><br>Judge: Novalyn L. Winfield |

**ORDER**

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**THIS MATTER,** having been opened to the Court upon the motion of the Debtors, Vincent and Nicole Sebastiano, by and through their Counsel, Law Offices of Scott J. Goldstein, LLC, Scott J. Goldstein, appearing, seeking an Order pursuant to 11 U.S.C. §302(b) and 11 U.S.C. §105(a), severing the joint petition filed by the Debtors on May 27, 2014, and good and proper service appearing to have been made on all parties hereto, and the Court having reviewed the papers submitted in support and in opposition to the Motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown;

IT IS ON THIS _____ DAY OF _____, 2014; **ORDERED AS FOLLOWS**

A.  The Debtors' Motion be and is hereby GRANTED;

B.  The Clerk of the United States Bankruptcy Court is hereby directed to open a new case for Nicole Sebastiano and assign a new Chapter 7 case number thereto;

C.  Donald V. Biase. is hereby appointed as Trustee of the new Chapter 7 case;

D.  As the debtor in the new Chapter 7 case was previously examined in the underlying Chapter 7 case, no new meeting of Creditors shall be held;

E.  Counsel for the Debtor in the New Chapter 7 Case shall file amended schedules A, B, C, D,E and F reflecting the allocation of assets and debts as between the formerly joint debtors in both cases and shall file an amended Schedule G in both cases, indicating the proper allocations of debts within fourteen (14) days of the date hereof;

F.  A copy of the within Order shall be served on all parties having an interest therein, the United States Trustee's Office and the Chapter 7 Trustee within seven (7) days of the date hereof.